Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 09 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　v.

RODERICK D. WILLIAMS, Jr.

　　　　　　　Defendant.

1:24-CR-2004-MKD

INDICTMENT

Vio: 18 U.S.C. §§ 922(g), 924(a)(8)
Felon in Possession of a Firearm

18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)
Forfeiture Allegation

The Grand Jury charges:

On or about November 15, 2023, in the Eastern District of Washington, the Defendant, RODERICK D. WILLIAMS, Jr., knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Walther model: P22, .22LR caliber pistol, bearing serial number Z116592, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation set forth in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, RODERICK D. WILLIAMS, Jr., shall forfeit to the United States of America any firearm, ammunition, and accessories involved or used in the commission of the offense, including, but not limited to:

- a Walther model: P22, .22LR caliber pistol, bearing serial number Z116592, and loaded ammunition; and,

- 12 rounds of .22LR caliber ammunition.

DATED this 9 day of January, 2024.

A TRUE BILL

~~Foreperson~~

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Courtney Pratten*
Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 2